14-909-CR
14-910-CR
14-911-CR

2014CR1530A
2014CR1528A
Cause NO. 2014CR1526A

THE STATE OF TEXAS

VS.

Jacob Adame

NOTICE OF APPEAL

IN THE DISTRICT COURT

227 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

2015 JAN -5 PM 2: 53

TO THE HONORABLE JUDGE OF SAID COURT:

Come now _____ Jacob Adame _____, Defendant in the

above styled and numbered cause, on this the _29th_ day of

December _____, 2014 _____, and within thirty (30) days of

sentencing having been imposed against Defendant on the _4th_ day of

December _____, 2014 _____, in said cause, and files this written

notice of appeal of said conviction to the 4th Court of Appeals, Bexar County Criminal

Justice Center, 300 Dolorosa, San Antonio, Texas 78205.

Respectfully submitted,

_Jacob Cid_

_____
Attorney for Defendant

_____
Defendant

## UNSWORN DECLARATION BY INMATE

I, _Jacob Adame_ , SID _3651660_

Being presently incarcerated in the Bexar County Adult Detention Center, San Antonio, Texas declare under Penalty of Perjury that the foregoing instrument is true and correct.

Signed on this the 29th day of _December_ , 2014

_Jacob Adame_

Defendant

2014CR1530A
2014CR1532A
Cause NO. 2014CR1526 A

THE STATE OF TEXAS

VS.

Jacob Adame

IN THE DISTRICT COURT

227 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

## MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now _Jacob Adame_____, Defendant in the above styled and numbered cause and upon the duly verified Pauper's Oath annexed hereto and made a part hereof, and requests the Court appoint counsel on appeal for Defendant and in support of said motion would show the Court the following:

I.

That on the 4th day of December, 2014, judgment was entered and Defendant was sentenced in this cause.

II.

That on the 29th day of December, 2014, timely notice of appeal was given in this cause to the trial court and to the 4th Court of Appeals.

III.

That Defendant is indigent and wholly destitute of means with which to retain counsel to represent Defendant on appeal.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully moves the Court to appoint counsel to represent Defendant in accordance with Article 26.05 of the Texas Code of Criminal Procedure.

Respectfully submitted,

_Jacob Ada_

_____

**Attorney for Defendant**                    **Defendant**

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 29 day of December , 2014, a true and correct copy of the above and foregoing Motion for Appointment of Counsel on Appeal was transmitted to office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

_Jacob Ad_

**Defendant**

## ORDER

On this the _____ of _____, _____, came on to be heard Defendant's Motion for Appointment of Counsel on Appeal and said motion is hereby

( ) GRANTED          ( ) DENIED

Signed this _____, day of _____, _____

_____

**Judge Presiding**

## UNSWORN DECLARATION BY INMATE

I, _Jacob Adame_, SID 3656660

Being presently incarcerated in the Bexar County Adult

Detention Center, San Antonio, Texas declare under Penalty of

Perjury that the foregoing instrument is true and correct.

Signed on this the 29 day of December, 2014

_Jacob Ad___
Defendant

Jacob Adame #365660
200 N. Comal CB-44
San Antonio, Tx. 78207

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JAN -5 PM 2:53

Keith E. Hottle
KEITH E. HOTTLE, CLERK

4th Court of Appeals
Criminal Justice Center
300 Dolorosa
San Antonio, Texas 78205

Indigent Legal Mail

neopost
12/30/2014
US POSTAGE $000.69⁰
ZIP 78205
041M1225⁰⁰⁵

78205$3037 0011